**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6109**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLENN FAIRCLOTH,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CR-95-87-BR, CA-96-964-5)

Submitted: March 27, 1997      Decided: April 4, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Glenn Faircloth, Appellant Pro Se. John Eric Evenson, II, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders (1) denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, and (2) denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error and no abuse of discretion. Accordingly, we deny Appellant's motion for bail, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. United States v. Faircloth, Nos. CR-95-87-BR; CA-96-964-5 (E.D.N.C. Jan. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED